UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: James W. Ignatius and Carol A. Ignatius,

Debtors.

Case No. 14-24185
Judge: SVK
Chapter 13

## MOTION FOR PERMISSION TO SELL PROPERTY

Debtors, by and through counsel, move the Court for permission to sell property of the bankruptcy estate, and in support of such motion, state to the Court as follows:

1. This Court has jurisdiction over this proceeding under 28 U.S.C. § 1334, 11 U.S.C. § 363(b), and Federal Rule of Bankruptcy Procedure 6004.

2. Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code on April 12, 2014.

3. At the time the Debtors commenced this case, they were in possession of real estate located at 1000 N. 115th Street, Wauwatosa, WI (the "Property"). Such real estate was encumbered by a first mortgage held by Port Washington State Bank, and a real estate tax lien held by Milwaukee County and the City of Wauwatosa.

4. Debtors believe that the Property is worth $290,000.00, as indicated on their Schedule A. Debtors owe approximately $319,677.00 to Port Washington State Bank, and approximately $46,000.00 in real estate taxes, as indicated on their Schedule D. There is no equity in the Property over and above the mortgage and the unpaid real estate taxes.

5. American Transmission Company has offered to purchase an Easement on the Property as part of the construction of a high voltage transmission line. Debtors request that the Court grant them permission to grant the Easement.

6. The buyer has offered to purchase the Easement for $17,500.00. Debtors have negotiated the compensation of $17,500.00 and believe it is a fair sale price for the Easement.

7. In addition to the lump-sum payment of $17,500.00, the buyer has offered to pay the Debtors $146.15 per year for the next 65 years.

8. The buyers have agreed to pay the closing costs.

9. Because Port Washington State Bank has a first mortgage lien on the Property, the proceeds from the sale ($17,500.00) will be paid jointly to the Debtors and Port

Lombardo Law Office
10919 W. Bluemound Rd., Suite 200
Milwaukee, WI 53226
Tel: (414) 543-3328
Fax: (414) 543-0786

Washington State Bank. In exchange for Port Washington State Bank's consent to the Easement, the proceeds will be applied to reduce the arrearage on Debtors' mortgage.

10. The original Chapter 13 Plan specified that the proceeds from the granting of the Easement would be paid to the Chapter 13 Trustee. Debtors will modify their Plan to specify that the proceeds will be paid directly to Port Washington State Bank instead, as well as to account for the consequent reduction in the amount of mortgage arrears owed.

11. Debtors will apply the annual payments of $146.15 to assist with paying their Chapter 13 plan payments and will amend their budget as necessary to disclose this additional income.

12. Debtors assert that the sale will enable them to successfully complete their Chapter 13 plan.

WHEREFORE, the Debtors respectfully request that the Court enter an Order granting the Debtors permission to grant the Easement, and for such other relief as is just and appropriate.

Dated this 1st day of May, 2014.

Respectfully Submitted,

By: /s/ William Thomas Croke
William Thomas Croke

Lombardo Law Office
10919 W. Bluemound Rd., Suite 200
Milwaukee, WI 53226
Tel: (414) 543-3328
Fax: (414) 543-0786

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re: James W. Ignatius and Carol A. Ignatius,　　　　　Case No. 14-24185
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge: SVK
　　　　　Debtors.　　　　　　　　　　　　　　　　　　　Chapter 13

## NOTICE OF MOTION FOR PERMISSION TO SELL PROPERTY

Lombardo Law Office, Attorneys for the Debtor(s), have filed papers with the Court to request permission for the Debtor(s) to sell property of the bankruptcy estate, specifically an easement on the real estate located at 1000 N. 115th St., Wauwatosa, WI.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the motion for permission to sell property, or if you want the Court to consider your views on the motion, then, on or before **21** days from the date of this notice, you or your attorney must:

1. File a written response and request for a hearing with:

    Clerk, U.S. Bankruptcy Court
    517 E. Wisconsin Ave., Rm. 126
    Milwaukee, WI 53202

2. If you mail your request or response to the court for filing, you must mail it early enough so the court will receive it on or before **21** days of the date of this notice.

3. You must also mail a copy to the parties listed below:

    Mary B. Grossman
    Chapter 13 Trustee
    PO Box 510920
    Milwaukee, WI 53203

    United States Trustee
    Eastern District of Wisconsin
    517 East Wisconsin Avenue, Room 430
    Milwaukee, WI 53202

    Lombardo Law Office
    10919 West Bluemound Road, Suite 200
    Milwaukee, WI 53226

Lombardo Law Office
10919 W. Bluemound Rd., Suite 200
Milwaukee, WI 53226
Tel: (414) 543-3328
Fax: (414) 543-0786

If you do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Respectfully Submitted,

By: _____
William Thomas Croke

Dated: _____5-1-14_____

Lombardo Law Office
10919 W. Bluemound Rd., Suite 200
Milwaukee, WI 53226
Tel: (414) 543-3328
Fax: (414) 543-0786

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: James W. Ignatius and Carol A. Ignatius,

Debtors.

Case No. 14-24185
Judge: SVK
Chapter 13

## CERTIFICATE OF SERVICE

The undersigned, Cathy Czopp of Lombardo Law Office, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Request to Modify Chapter 13 Plan were mailed First Class to the persons and entities listed below, at their respective addresses, postage prepaid, by depositing them in the U.S. Mail at Wauwatosa, WI on April 30, 2014:

James & Carol Ignatius, 1000 N. 115th St., Wauwatosa, WI 53226

### SEE ATTACHED MAILING MATRIX

However, copies have not been mailed to addresses which the Court designated as having been superseded by a preferred address on file, or which the Court designated as undeliverable or duplicate addresses, as indicated in the mailing matrix.

In addition, copies have not been mailed to Lombardo Law Office, attorneys for the Debtors, or to the following parties, to whom service was made by ECF Notice of Electronic Filing:

Mary B. Grossman, Chapter 13 Trustee
Office of the United States Trustee


Dated this 1st day of May, 2014.

By: _____
Gabriella Michalec

Lombardo Law Office
10919 W. Bluemound Rd., Suite 200
Milwaukee, WI 53226
Tel: (414) 543-3328
Fax: (414) 543-0786

```
Label Matrix for local noticing         Port Washington State Bank        AMO Recovery
0757-2                                  P. O. Box 176                     7001 Peachtree
Case 14-24185-svk                       Port Washington, WI 53074-0176    Suite 320
Eastern District of Wisconsin                                             Norcross, GA 30092
Milwaukee
Thu May  1 15:44:09 CDT 2014

Alliance Collection Agency              Aurora Advanced Healthcare        Aurora Health Care
3916 South Business Park Avenue         PO Box 091700                     P.O. Box 091700
Marshfield, WI 54449-9029               Milwaukee, WI 53209-8700          Milwaukee, WI 53209-8700


CB Accounts                             CBE Group                         CBE Group*
124 SW Adams Street                     131 Tower Park Suite 100          1309 Technology Pkwy
Peoria, IL 61602-2321                   PO Box 2635                       Cedar Falls, IA 50613-6976
                                        Waterloo, IA 50704-2635


Capital One                             Capital One Bankruptcy Department City of Wauwatosa
PO Box 71087                            PO Box 6492                       7725 West North Avenue
Charlotte, NC 28272-1087                Carol Stream, IL 60197-6492       Milwaukee, WI 53213-1777


First Premier Bank                      IRS - Milwaukee Office            Internal Revenue Service
PO Box 5529                             211 West Wisconsin Avenue         Centralized Insolvency Operation
Sioux Falls, SD 57117-5529              M/S 5301 MIL                      PO Box 7346
                                        Milwaukee, WI 53203-2303          Philadelphia, PA 19101-7346


Milwaukee County Treasurer              Milwaukee Neurological Institute  Milwaukee Neurological Institute
PO Box 78688                            2350 W Villard Avenue # 105       ATTN BILLING DEPT
Milwaukee, WI 53278-0688                Milwaukee, WI 53209-5086          960 N. 12th St
                                                                          Suite 1800
                                                                          Milwaukee, WI 53233-1306


Office of the U. S. Trustee             Pinelawn Memorial Park            Port Washington State Bank
517 East Wisconsin Ave.                 10700 W Capitol Drive             206 N Franklin St.
Room 430                                Milwaukee, WI 53222-1203          Port Washington, WI 53074-1903
Milwaukee, WI 53202-4510


Professional Placement Services         RJM Acquisitions                  Smart Choice MRI
316 North Milwaukee Street, Ste 410     575 Underhill Boulevard           ATTN BILLING DEPT
Milwaukee, WI 53202-5888                Suite 224                         1621 Miller Park Way
                                        Syosset, NY 11791-4437            Milwaukee, WI 53214-3605


Smart Choice MRI                        State Collection Service          We Energies
P.O. Box 870                            PO Box 6250                       PO Box 2046
Menomonee Falls, WI 53052-0870          Madison, WI 53716-0250            Milwaukee, WI 53201-2046


Wheaton Franciscan Healthcare           Wisconsin Department of Revenue   Wisconsin Heart Hospital
SDS 12-3088                             Special Procedures Unit           PO Box 68-4081
P.O. Box 86                             PO Box 8901                       Milwaukee, WI 53268-4081
Minneapolis, MN 55486-0086              Madison, WI 53708-8901
```

| | | |
|---|---|---|
| Adam L Lombardo<br>Lombardo Law Office<br>10919 West Bluemound Road<br>Suite 200<br>Milwaukee, WI 53226-4260 | Carol A Ignatius<br>1000 N. 115th Street<br>Wauwatosa, WI 53226-3403 | James W Ignatius<br>1000 N. 115th Street<br>Wauwatosa, WI 53226-3403 |
| Mary B. Grossman<br>Chapter 13 Trustee<br>P.O. Box 510920<br>Milwaukee, WI 53203-0161 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ATI Physical Therapy<br>NEED ADDRESS | (d)Port Washington State Bank<br>PO Box 176<br>Port Washington, WI 53074-0176 | End of Label Matrix<br>Mailable recipients   33<br>Bypassed recipients    2<br>Total                 35 |